**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 76 EAL 2019

              Respondent             :

                                    :    Petition for Allowance of Appeal from

                                    :    the Order of the Superior Court

             v.                     :

                                    :

LYDELL JOHNSON,                 :

                                    :

              Petitioner             :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 31st day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.